**Electronically Filed
Supreme Court
SCWC-30096
01-DEC-2011
08:53 AM**

NO. SCWC-30096

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DAVID L. WOODARD, Petitioner/Plaintiff-Appellant,

vs.

EDWARD TABANARA and CITY AND COUNTY OF HONOLULU,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30096; CIV. NO. 08-1-0132)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, JJ.,
and Circuit Judge To'oto'o, in place of McKenna, J., recused)

Upon consideration of David L. Woodard's motion for

reconsideration of order dismissing application for writ of

certiorari filed on November 22, 2011,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, December 1, 2011.

Walter R. Schoettle on
the motion for petitioner/
plaintiff-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Fa'auuga To'oto'o

